Edward W. Hatch, Respondent, v. Frontier and Western Railroad Company, Appellant. Edward W. Hatch, Respondent, v. Buffalo Frontier Terminal Railroad Company, Appellant.— Orders modified by striking out the requirement " that the defendant file within two days from the entry of this order. a surety company undertaking to pay any judgment that may be recovered by the plaintiff herein," as a condition for the granting of the order; the judgments to stand as security and injunctions to issue forbidding any transfer by the defendants of their property or franchises until the determination of the actions; and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Orders to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Edward W. Hatch, Respondent, v. Buffalo Frontier Terminal Railroad Company, Appellant. Edward W. Hatch, Respondent, v. Frontier and Western Railroad Company, Appellant.— Appeals dismissed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Ellen I. Musgrave, as Administratrix, etc., Appellant, v. Christopher J. Musgrave, Individually and as Administrator, etc., and Another, Respondents, Impleaded with Another. (2 cases.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Emanuel Bamberger, Respondent, v. Sidney J. Stern and Others, as Executors and Trustees, etc., Respondents. Charles E. Gremmels, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

Joseph Ondrayka, Respondent, v. New Jersey Zinc Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Guiseppi Bico, Respondent, v. David Stevenson Brewing Company, Appellant.— Order modified as stated in order and, as modified, affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Sabina Foy, Respondent, v. Thomas Foy, Appellant.— Order modified as stated in order and, as modified, affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.